UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LOURDES MIRLES,**

      **Plaintiff,**

v.                                  Case No. 6:20-cv-1144-CEM-DCI

**GOLDEN SAJ, LLC,**

      **Defendant.**

      **ORDER**

THIS CAUSE is before the Court on the Third Joint Motion for Approval of Settlement ("Joint Motion," Doc. 40). The United States Magistrate Judge issued a Report and Recommendation (Doc. 41), recommending that the Joint Motion be granted. The parties filed a Joint Notice of Non-Objection (Doc. 42).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that the parties filed a Joint Notice of Non-Objection, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 41) is **ADOPTED** and made a part of this Order.

2. The Third Joint Motion for Approval of Settlement (Doc. 40) is **GRANTED**.

   a. The Amendments provision of the Settlement Agreement (Doc. 22-1 ¶ 11) is **STRICKEN**.

   b. As modified herein, the Settlement Agreement (Doc. 22-1) is **APPROVED**.[1]

3. This case is **DISMISSED with prejudice**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 27, 2021.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

---

[1] The Court makes no finding as to the parties' request for approval of the settlement to be paid via Form 1099.